PHILLIP A. TALBERT
Acting United States Attorney
DAVID E. THIESS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.* GAIL JOSEPH, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> P. GILL OBSTETRICS & GYNECOLOGY MEDICAL GROUP, INC, a California Professional Corporation; PARAMPAL K. GILL, M.D., an individual; JASBIR S. GILL, M.D., an individual, <br><br> Defendant. | CASE NO. 2:21-CV-554 KJM AC <br><br> ORDER ON THE UNITED STATES' NOTICE OF DECLINATION |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

[PROPOSED] ORDER ON THE UNITED STATES' NOTICE OF DECLINATION

1

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or defendant propose that this action be dismissed, settled or otherwise discontinued, the Court shall provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATE: December 2, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON THE UNITED STATES'
NOTICE OF DECLINATION

2