**ROB BONTA**
Attorney General of California
DOUGLAS J. WOODS
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW (SBN 114601)
Deputy Attorney General
E-mail: Bernice.Yew@doj.ca.gov
  2329 Gateway Oaks Drive, Suite 200
  Sacramento, CA 95833-4252
  Telephone: (916) 621-1795
  Fax: (916) 274-2929
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.* GAIL JOSEPH, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> P. GILL OBSTETRICS & GYNECOLOGY MEDICAL GROUP, INC., a California Professional Corporation; PARAMPAL K. GILL, M.D., an individual; JASBIR S. GILL, M.D., an individual, <br><br> Defendants. | Case No. 2:21-cv-554-KJM-AC <br><br> **ORDER ON THE STATE OF CALIFORNIA'S NOTICE OF DECLINATION** |

Having considered the State of California's Notice of Declination pursuant to the California False Claims Act and California Government Code section 12652(c)(6)(B), the Court rules as follows:

IT IS HEREBY ORDERED that:

1. All current contents of the Court's file in this action shall remain under seal and not be made public or served upon defendant, except for (a) *qui tam* plaintiffs' Complaint; (b) the

summons, if any; (c) the scheduling order; (d) this Order; and (e) the accompanying State of California's Notice of Declination, which are hereby unsealed.

      2.      The *qui tam* plaintiffs shall serve the Complaint upon the defendant.

      3.      The *qui tam* plaintiffs shall serve this Order and the accompanying State of California's Notice of Declination upon defendant after service of the Complaint.

      4.      The seal shall be lifted as to all other matters occurring in this action after the date of the order.

      5.      The parties shall electronically serve all pleadings and motions filed in this action, including memoranda, upon the State of California and provided for in California Government Code section 12651(f)(1). The State of California may order any deposition transcripts and is entitled to intervene in this action, as authorized under Government Code section 12652(f)(2)(A), at any time.

      6.      The parties will provide the State of California a copy of the notice or petition initiating any appeal and each paper, including briefs, filed in the appeal.

      7.      All orders of the Court shall be served to the State of California.

      8.      Should the *qui tam* plaintiffs or any defendant propose this action be dismissed, settled, or otherwise discontinued, the Court will provide the State of California with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED: December 22, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE