MATTHEW D. SEGAL (SB #190938)
matthew.segal@stoel.com
NICHOLAS D. KARKAZIS (SB #299075)
nicholas.karkazis@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

Attorneys for Defendants
P. Gill Obstetrics & Gynecology Medical Group, Inc.;
Parampal K. Gill, M.D.; Jasbir S. Gill, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA ex rel. GAIL JOSEPH, M.D., <br><br>Plaintiff, <br><br>v. <br><br>P. GILL OBSTETRICS & GYNECOLOGY MEDICAL GROUP, INC., a California professional corporation; PARAMPAL K. GILL, M.D., an individual; JASBIR S. GILL, M.D., an individual, <br><br>Defendants. | Case No. 2:21-cv-0554-KJM-AC <br><br>STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE; ORDER |

1   This stipulation ("Stipulation") is entered into by and among Plaintiff GAIL JOSEPH, M.D. and Defendants P. GILL OBSTETRICS & GYNECOLOGY MEDICAL GROUP, INC.; PARAMPAL K. GILL, M.D.; JASBIR S. GILL, M.D. (jointly, "Defendants") (collectively "Parties"), through their respective counsel.

## Recitals

1.  By entering into this Stipulation, neither Plaintiff nor Defendants waive or concede any right not specifically addressed herein.

2.  The original date for Defendants to file a response to the Complaint was February 1, 2022.

3.  The Parties agreed to an initial stipulation extending Defendants' time to respond to March 3, 2022, pursuant to Local Rule 144.

4.  Defendants' response to the Complaint is currently due on March 3, 2022.

5.  The Status (Pretrial Scheduling) Conference is currently set for April 7, 2022, at 2:30 PM.

6.  The discovery cutoff date, last date for hearing motions, pretrial conference date, and trial date have not yet been set.

7.  The Parties agree that Defendants' deadline to respond to the Complaint shall be extended by 30 days out of professional courtesy in light of Defendants' counsel's ongoing, preliminary investigation into the allegations in the Complaint and as a result of Defendants' retention of new counsel to assist in the handling of the matter.

THEREFORE:

**IT IS STIPULATED:**

1.  The current deadline of March 3, 2022, for Defendants to respond to Plaintiff's Complaint is extended 30 days and a response shall be filed by or on April 4, 2022.

2.  The Status (Pretrial Scheduling) Conference currently scheduled for April 7, 2022, is continued to May 9, 2022.

Dated: March 2, 2022                    STOEL RIVES LLP

By:/s/ Nicholas D. Karkazis
   MATTHEW D. SEGAL
   NICHOLAS D. KARKAZIS
   Attorneys for Defendants
   P. Gill Obstetrics & Gynecology Medical
   Group, Inc.; Parampal K. Gill, M.D.;
   Jasbir S. Gill, M.D.

Dated: March 2, 2022                    THE BRINEGAR LAW FIRM

By:/s/ Matthew Brinegar
   MATTHEW BRINEGAR
   Attorneys for Relator/Plaintiff
   Gail Joseph, M.D.

## **ORDER**

The court has reviewed the parties' Stipulation, ECF No. 15, and good cause appearing hereby **orders**:

1. The current deadline of March 3, 2022, for defendants to respond to plaintiff's Complaint is extended 30 days. Defendant shall respond on or before April 4, 2022.

2. The Status (Pretrial Scheduling) Conference currently scheduled for April 7, 2022, is continued to May 5, 2022, at 2:30 p.m. with the filing of a joint status report due fourteen (14) days prior.

DATED: March 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE