MATTHEW D. SEGAL (SB #190938)
matthew.segal@stoel.com
NICHOLAS D. KARKAZIS (SB #299075)
nicholas.karkazis@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendants
P. Gill Obstetrics & Gynecology Medical Group, Inc.;
Parampal K. Gill, M.D.; Jasbir S. Gill, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA ex rel. GAIL JOSEPH, M.D., <br><br> Plaintiff, <br><br> v. <br><br> P. GILL OBSTETRICS & GYNECOLOGY MEDICAL GROUP, INC., a California professional corporation; PARAMPAL K. GILL, M.D., an individual; JASBIR S. GILL, M.D., an individual, <br><br> Defendants. | Case No. 2:21-cv-0554-KJM-AC <br><br> STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT; ORDER |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT; ORDER

-1-

2:21-CV-0554-KJM-AC

114994075.1 0076847-00001

This stipulation ("Stipulation") is entered into by and among Relator GAIL JOSEPH, M.D. and Defendants P. GILL OBSTETRICS & GYNECOLOGY MEDICAL GROUP, INC.; PARAMPAL K. GILL, M.D.; JASBIR S. GILL, M.D. (jointly, "Defendants") (collectively "Parties"), through their respective counsel.

## Recitals

1. By entering into this Stipulation, neither Relator nor Defendants waive or concede any right not specifically addressed herein.

2. The original date for Defendants to file a response to the Complaint was February 1, 2022.

3. The Parties agreed to an initial stipulation extending Defendants' time to respond to March 3, 2022, pursuant to Local Rule 144.

4. On March 2, 2022, out of professional courtesy and in light of Defendants' retention of new counsel, the Parties stipulated to extend Defendants' time to respond to the Complaint to April 4, 2022, and to continue the Status (Pretrial Scheduling) Conference. On March 14, 2022, the Court entered the order on the stipulation (ECF No. 16).

5. The Court's order (ECF No. 16) set Defendants' deadline to respond to the Complaint on or before April 4, 2022, and the Status (Pretrial Scheduling) Conference for May 5, 2022.

6. The discovery cutoff date, last date for hearing motions, pretrial conference date, and trial date have not yet been set.

7. Defendants' counsel has had an opportunity to start investigating the facts in the Complaint. On March 30, 2022, the Parties discussed the case via Zoom video and decided that early resolution efforts should be pursued to avoid the potentially unnecessary fees and costs that would be incurred in litigation. On the March 30, 2022, Zoom conference, the Parties agreed to take the following, specific resolution steps:

   a. Exchange certain information pursuant to Federal Rule of Evidence 408 on Friday, April 8, 2022. In particular, Defendants intend to voluntarily provide information to assist Relator to value her claims and Relator intends to provide information that assist Defendants to

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION EXTENDING DEFENDANTS'
DEADLINE TO RESPOND TO COMPLAINT;
ORDER
114994075.1 0076847-00001

-2-

2:21-CV-0554-KJM-AC

understand her claims, including caselaw, information about her wage and hour claim, and other information that informs the value of her other claims.

      b.      The Parties agreed that following the exchange of information protected by Federal Rule of Evidence 408 on April 8, 2022, the Parties will use the following week to evaluate the information provided by the other Party to determine whether early resolution efforts should continue to be pursued, and if so, what further actions should be taken.

      8.      During the March 30, 2022, Zoom conference, the Parties agreed that to facilitate the specific resolution steps outlined in Paragraph 7 above, that Defendants' responsive deadline should be extended 11 calendar days, from April 4, 2022 to April 15, 2022.

THEREFORE:

**IT IS STIPULATED:**

      1.      The current deadline of April 4, 2022, for Defendants to respond to Relator's Complaint is extended 11 days and a response shall be filed by or on <u>April 15, 2022</u>.

Dated: March 31, 2022                            STOEL RIVES LLP

By: <u>/s/ Nicholas D. Karkazis</u>
     MATTHEW D. SEGAL
     NICHOLAS D. KARKAZIS
     Attorneys for Defendants
     P. Gill Obstetrics & Gynecology Medical Group, Inc.; Parampal K. Gill, M.D.; Jasbir S. Gill, M.D.

Dated: March 31, 2022                            THE BRINEGAR LAW FIRM

By: <u>/s/ Matthew Brinegar</u>
     MATTHEW BRINEGAR
     Attorneys for Relator/Plaintiff
     Gail Joseph, M.D.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT; ORDER
114994075.1 0076847-00001
-3-
2:21-CV-0554-KJM-AC

# ORDER

The Court has reviewed the forgoing Stipulation, and good cause appearing, hereby **ORDERS**:

1. The current deadline of April 4, 2022, for Defendants to respond to Relator's Complaint is extended 11 days. Defendants shall respond on or before April 15, 2022.

DATED: April 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT; ORDER

-4-

2:21-CV-0554-KJM-AC

114994075.1 0076847-00001