Matthew A. Brinegar, Esq. (SBN 277517)
THE BRINEGAR LAW FIRM
2000 Van Ness Avenue, Suite 512
San Francisco, CA 94109
Telephone: (415) 735-6856
Facsimile: (415) 529-4276
E-mail:  mbrinegar@brinegarlaw.com

Attorney for Relator/Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA *ex rel.* GAIL JOSEPH, M.D.<br><br>Plaintiff,<br><br>vs.<br><br>P. GILL OBSTETRICS & GYNECOLOGY MEDICAL GROUP, INC, a California Professional Corporation; PARAMPAL K. GILL, M.D., an individual; JASBIR S. GILL, M.D., an individual<br><br>Defendants. | Case No. 2:21-cv-0554-KJM-AC<br><br>**STIPULATION EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO MOTION TO DISMISS AND EXTENDING ALL OTHER DEADLINES** |

This stipulation ("Stipulation") is entered into by and among Relator GAIL JOSEPH, M.D. and Defendants P. GILL OBSTETRICS & GYNECOLOGY MEDICAL GROUP, INC.; PARAMPAL K. GILL, M.D.; JASBIR S. GILL, M.D. (jointly, "Defendants") (collectively "Parties"), through their respective counsel.

<u>Recitals</u>

1.      By entering into this Stipulation, neither Relator nor Defendants waive or concede any right, except as to the deadlines addressed herein.

1

STIPULATION

2.      The original date for Defendants to file a response to the Complaint was February 1, 2022.

3.      The Parties agreed to an initial stipulation extending Defendants' time to respond to March 3, 2022, pursuant to Local Rule 144.

4.      On March 2, 2022, out of professional courtesy and in light of Defendants' retention of new counsel, the Parties stipulated to extend Defendants' time to respond to the Complaint to April 4, 2022, and to continue the Status (Pretrial Scheduling) Conference. On March 14, 2022, the Court entered the order on the stipulation (ECF No. 16).

5.      The Court's order (ECF No. 16) set Defendants' deadline to respond to the Complaint on or before April 4, 2022, and the Status (Pretrial Scheduling) Conference for May 5, 2022.

6.      On March 17, 2022, the Parties stipulated (ECF No. 17) to a further Extension of Time to Respond to Complaint.

7.      The Court's order (ECF No. 18) extended the deadline to respond to Complaint by 11 days to April 15, 2022.

8.      On April 15, 2022 (ECF No. 20), Defendants filed their Motion to Dismiss and set a Motion Hearing for May 27, 2022.

9.      Pursuant to Local Rule 230(c), Relator has until April 29, 2022 to file an opposition to Defendants' Motion to Dismiss.

10.     On April 27, 2022, the Court's order (ECF No. 21) reset the Joint Status Conference for May 27, 2022. Moreover, the Court reminded the Parties to submit their joint status report no later than fourteen (14) days prior to the new date for the status conference.

11.     The discovery cutoff date, last date for hearing motions, pretrial conference date, and trial date have not yet been set, and, the Parties submit, would be best determined after the Relator either amends her Complaint or opposes the Defendants' motion to dismiss and Court decides that motion.

STIPULATION

12.     In good faith, the Parties have been meeting and conferring regarding the potential for early resolution of this case. Pursuant to Federal Rule of Evidence 408, this has included extensive discussion regarding the merits of the claims as well as the exchange of information. The Parties have also been in contact with the U.S. Attorney's Office and the California Department of Justice regarding these subjects. Defendants are still investigating the allegations in the Complaint and are seeking the assistance of a consulting expert to understand the relevant evidence. Given the complex nature of healthcare business and regulation, it will take time for any expert to do her work.

13.     Given the potential for an early resolution of this matter, responding to Defendants' Motion to Dismiss and participating in the FRCP 26(f) conference and the joint status conference may potentially result in unnecessary fees and costs. It would also not be in accordance with principles of judicial economy.

14.     A continuance of Relator's deadline to respond to Defendant's Motion to Dismiss as well as a corresponding extension of the FRCP 26(f) conference and the joint status conference will promote efficiency and judicial economy. It would allow Defendants' consulting expert to complete work. It would also grant the Defendants sufficient time to assess disclosure options and their possible effect on any potential early resolution. It would allow the Relator and government authorities to at least begin to evaluate whatever the Defendants disclose and suggest in light of the expert's work.

THEREFORE:

**IT IS STIPULATED:**

1.     The May 27, 2022 hearing date for Defendant's Motion to Dismiss is vacated and reset to August 5, 2022. The current deadline of April 29, 2022 for Relator to respond to Defendant's Motion to Dismiss is extended and a response shall be filed by or on July 8, 2022. Defendants' reply shall be filed by or on July 18, 2022.

2.     The joint status conference, currently set for May 27, 2022 is extended and shall be held on September 9, 2022.

3

3.   The deadline for the Parties to engage in the FRCP 26(f) conference shall be extended to <u>August 19, 2022</u>.

4.   The deadline for the Parties to file a joint status conference report with the Court shall be extended to on or before <u>August 26, 2022.</u>

Dated:  April 29, 2022                    STOEL RIVES LLP

By: <u>/s/ Matthew Segal</u>
     MATTHEW D. SEGAL
     NICHOLAS D. KARKAZIS
     Attorneys for Defendants
     P. Gill Obstetrics & Gynecology Medical
     Group, Inc.; Parampal K. Gill, M.D.;
     Jasbir S. Gill, M.D.

Dated:  April 29, 2022                    THE BRINEGAR LAW FIRM

By: <u>/s/ Matthew Brinegar</u>
     MATTHEW BRINEGAR
     Attorneys for Relator/Plaintiff
     Gail Joseph, M.D.

STIPULATION

# ORDER

The court has reviewed the forgoing stipulation, and good cause appearing, hereby

**ORDERS**:

1.    The May 27, 2022 hearing date for Defendant's Motion to Dismiss is vacated and reset to August 19, 2022 at 10:00 a.m.  The current deadline of April 29, 2022 for Relator to respond to Defendant's Motion to Dismiss is extended and a response shall be filed by or on July 8, 2022. Defendants' reply shall be filed by or on July 18, 2022.

2.    The joint status conference, currently set for May 27, 2022 is extended and shall be held on September 8, 2022.

3.    The deadline for the parties to engage in the FRCP 26(f) conference shall be extended to August 18, 2022.

4.    The deadline for the Parties to file a joint status conference report with the court shall be extended to on or before August 25, 2022.

DATED:  May 4, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2022, I caused to be electronically filed and served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew Segal, Esq.
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
matthew.segal@stoel.com


Dated:  April 29, 2022                        THE BRINEGAR LAW FIRM

                                             By:/s/ Matthew Brinegar
                                                 MATTHEW BRINEGAR
                                                 Attorneys for Relator/Plaintiff
                                                 Gail Joseph, M.D.

STIPULATION