MATTHEW D. SEGAL (SB #190938)
matthew.segal@stoel.com
NICHOLAS D. KARKAZIS (SB #299075)
nicholas.karkazis@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

Attorneys for Defendants
P. Gill Obstetrics & Gynecology Medical Group, Inc.;
Parampal K. Gill, M.D.; Jasbir S. Gill, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA ex rel. GAIL JOSEPH, M.D., <br><br>Plaintiff, <br><br>v. <br><br>P. GILL OBSTETRICS & GYNECOLOGY MEDICAL GROUP, INC., a California professional corporation; PARAMPAL K. GILL, M.D., an individual; JASBIR S. GILL, M.D., an individual, <br><br>Defendants. | Case No. 2:21-cv-0554-KJM-AC <br><br>STIPULATION TO EXTEND MOTION TO DISMISS SCHEDULE AND ALL OTHER DEADLINES |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND MOTION TO DISMISS SCHEDULE AND ALL OTHER DEADLINES
116165813.1 0076847-00001

-1-

2:21-CV-0554-KJM-AC

This stipulation ("Stipulation") is entered into by and among Relator GAIL JOSEPH, M.D. and Defendants P. GILL OBSTETRICS & GYNECOLOGY MEDICAL GROUP, INC.; PARAMPAL K. GILL, M.D.; JASBIR S. GILL, M.D. (jointly, "Defendants") (collectively "Parties"), through their respective counsel.

**Recitals**

1. On April 15, 2022 (ECF No. 20), Defendants filed their Motion to Dismiss and set a Motion Hearing for May 27, 2022.

2. In light of meet and confer involving potential early resolution and Defendants investigation into the allegations in the Complaint, among other things, the Parties stipulated to continue the hearing date for Defendants' Motion to Dismiss, the briefing schedule on the Motion to Dismiss, the joint status conference, the FRCP 26(f) conference, and the date to file a joint status report. The Court entered this stipulation on May 5, 2022. ECF No. 24.

3. Since the Court's entry of the May 5, 2022, stipulation, Defendants have hired an outside contractor who has made substantial progress in an internal investigation. Defendants and Relator have been discussing terms appropriate for the protected disclosure of work product and need to reduce terms to writing and reach agreement. At that point, Defendants would then need to disclose said work product, and Relator would need to evaluate it. Then, the Parties and government would need to negotiate.

4. In the context of facts, regulatory, statutory, and decisional law related to heath care, it would promote party efficiency and judicial economy for the Parties to continue to work towards possible case resolution rather than litigation of a motion that would be obviated if the Parties can settle.

5. In addition, to the extent that the Parties would continue to litigate the Motion to Dismiss, the United States' filing of a Statement of Interest Regarding Defendants' Motion to Dismiss (ECF No. 26) is a development that Defendants wish to evaluate further.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND MOTION TO DISMISS SCHEDULE AND ALL OTHER DEADLINES

116165813.1 0076847-00001

-2-

2:21-CV-0554-KJM-AC

THEREFORE:

**IT IS STIPULATED:**

1. The August 19, 2022, hearing date for Defendant's Motion to Dismiss is vacated and reset to September 30, 2022, at 10:00 a.m. Defendants' reply to Plaintiff's Opposition to the Motion to Dismiss shall be filed by or on August 29, 2022.

2. The joint status conference, currently set for September 9, 2022, is extended and shall be held on October 20, 2022.

3. The deadline for the Parties to engage in the FRCP 26(f) conference shall be extended to September 29, 2022.

4. The deadline for the Parties to file a joint status conference report with the Court shall be extended to on or before October 6, 2022.

Dated: July 15, 2022             STOEL RIVES LLP

                                 By:/s/ Nicholas D. Karkazis
                                    MATTHEW D. SEGAL
                                    NICHOLAS D. KARKAZIS
                                    Attorneys for Defendants
                                    P. Gill Obstetrics & Gynecology Medical
                                    Group, Inc.; Parampal K. Gill, M.D.;
                                    Jasbir S. Gill, M.D.

Dated: July 15, 2022             THE BRINEGAR LAW FIRM

                                 By:/s/ Matthew Brinegar
                                    MATTHEW BRINEGAR
                                    Attorneys for Relator/Plaintiff
                                    Gail Joseph, M.D.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND MOTION TO DISMISS SCHEDULE AND ALL OTHER DEADLINES
116165813.1 0076847-00001

-3-

2:21-CV-0554-KJM-AC

# ORDER

The court has reviewed the parties' stipulation, and good cause appearing, hereby **ORDERS**:

1. The August 19, 2022, hearing date for Defendant's Motion to Dismiss is vacated and reset to October 21, 2022, at 10:00 a.m. Defendants' reply to Plaintiff's Opposition to the Motion to Dismiss shall be filed by or on August 29, 2022.

2. The joint status conference, currently set for September 9, 2022, is extended and shall be held on December 1, 2022.

3. The deadline for the Parties to engage in the FRCP 26(f) conference shall be extended to November 10, 2022.

4. The deadline for the Parties to file a joint status conference report with the Court shall be extended to on or before November 17, 2022.

DATED:  August 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND MOTION TO DISMISS SCHEDULE AND ALL OTHER DEADLINES
116165813.1 0076847-00001

-4-

2:21-CV-0554-KJM-AC