1  MATTHEW D. SEGAL (SB #190938)
   WHITNEY A. BROWN (SB #324320)
2  matthew.segal@stoel.com
   whitney.brown@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA  95814
   Telephone:  916.447.0700
5  Facsimile:  916.447.4781

6  Attorneys for Defendants
   P. Gill Obstetrics & Gynecology Medical Group, Inc.;
7  Parampal K. Gill, M.D.; Jasbir S. Gill, M.D.

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA and STATE | Case No. 2:21-cv-0554-DAD-AC
   | OF CALIFORNIA ex rel. GAIL JOSEPH, M.D.,
12 |                                    | [~~PROPOSED~~] ORDER GRANTING
   |          Plaintiffs,               | STIPULATION TO VACATE THE
13 |                                    | NOVEMBER 14, 2023 SETTLEMENT
   |      v.                            | CONFERENCE
14 |
   | P. GILL OBSTETRICS & GYNECOLOGY
15 | MEDICAL GROUP, INC., a California
   | professional corporation; PARAMPAL K. GILL,
16 | M.D., an individual; JASBIR S. GILL, M.D., an
   | individual,
17 |
   |          Defendants.
18
19
20
21
22
23
24
25
26
27
28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER GRANTING
STIPULATION TO VACATE THE NOVEMBER          -1-          2:21-CV-0554-DAD-AC
14, 2023, SETTLEMENT CONFERENCE
121404038.1 0076847-00001

1    THIS COURT, having considered the parties' Stipulation to Vacate The November 14,

2  2023 Settlement Conference (Stipulation), GRANTS the parties' Stipulation.

3    **IT IS SO ORDERED.**

4

5  Dated: November 7, 2023

6  _____

7  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER GRANTING
STIPULATION TO VACATE THE NOVEMBER      -2-                    2:21-CV-0554-DAD-AC
14, 2023, SETTLEMENT CONFERENCE
121404038.1 0076847-00001