Matthew A. Brinegar, Esq. (SBN 277517)
THE BRINEGAR LAW FIRM
2000 Van Ness Avenue, Suite 512
San Francisco, CA 94109
Telephone: (415) 735-6856
Facsimile: (415) 529-4276
E-mail: mbrinegar@brinegarlaw.com

Attorney for Relator/Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA ex rel. GAIL JOSEPH, M.D., <br><br> Plaintiff, <br><br> v. <br><br> P. GILL OBSTETRICS & GYNECOLOGY MEDICAL GROUP, INC., a California professional corporation; PARAMPAL K. GILL, M.D., an individual; JASBIR S. GILL, M.D., an individual, <br><br> Defendants. | Case No. 2:21−CV−00554−DAD−AC <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's January 9, 2024 Minute Order (ECF No. 53), the Parties hereby file this Joint Status Report regarding the status of their settlement.

The Parties have been diligently finalizing the terms of their settlement. Progress had been delayed while an appropriate figure for the private insurance claims was negotiated and submitted for approval to the Insurance Commission. Negotiations on the settlement figures are now complete, and the Parties need an additional 30 days to memorialize and execute the final settlement agreement.

Respectfully submitted,

Dated: January 23, 2024  STOEL RIVES LLP

By: /s/ Matthew D. Segal
MATTHEW D. SEGAL
WHITNEY A. BROWN
Attorneys for Defendants
P. Gill Obstetrics & Gynecology Medical Group, Inc.; Parampal K. Gill, M.D.; Jasbir S. Gill, M.D.

Dated: January 23, 2024  THE BRINEGAR LAW FIRM

By: /s/ Matthew A. Brinegar
MATTHEW BRINEGAR
Attorneys for Relator/Plaintiff
Gail Joseph, M.D.

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 23rd day of January 2024, I caused to be electronically filed and served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew Segal, Esq.
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
matthew.segal@stoel.com

Dated: March 14, 2023                THE BRINEGAR LAW FIRM

                                            By: /s/ Matthew Brinegar
                                                 MATTHEW BRINEGAR
                                                 Attorneys for Relator/Plaintiff
                                                 Gail Joseph, M.D.