Matthew A. Brinegar, Esq. (SBN 277517)
THE BRINEGAR LAW FIRM
2000 Van Ness Avenue, Suite 512
San Francisco, CA 94109
Telephone: (415) 735-6856
Facsimile: (415) 529-4276
E-mail: mbrinegar@brinegarlaw.com

Attorney for Relator/Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA ex rel. GAIL JOSEPH, M.D., <br><br>Plaintiff, <br><br>v. <br><br>P. GILL OBSTETRICS & GYNECOLOGY MEDICAL GROUP, INC., a California professional corporation; PARAMPAL K. GILL, M.D., an individual; JASBIR S. GILL, M.D., an individual, <br><br>Defendants. | Case No. 2:21−CV−00554−DAD−AC <br><br>**JOINT STATUS REPORT AND REQUEST FOR EXTENSION OF TIME** |

Pursuant to the Court's January 9, 2024 Minute Order (ECF No. 53), the Parties notified the Court that they were diligently finalizing the terms of their settlement. Progress had been delayed while an appropriate figure for the private insurance claims was negotiated and submitted for approval to the Insurance Commission. The Parties advised that negotiations on the settlement figures were complete, but the Parties need an additional 30 days to memorialize and execute the final settlement agreement. (ECF No. 54.)

The Court ordered that the Parties file dispositional documents by February 26, 2024. (ECF No. 54.) Prior to last week, counsel for the United States had circulated draft language for an agreement to settle the claims under the False Claims Act and California False Claims Act, and the Relator and the Defendants had exchanged a draft and proposed edits for a separate document to that related to any other amounts Relator claims are due to her. But recently, there have been delays outside the Parties' control. First, Relator's counsel, a sole practitioner, has been in trial in Monterey Superior Court and, thus, substantially unavailable. But even if Relator's counsel and Defendants' counsel were to work weekends and nights around the trial to finalize the dispositional documents, it would not have made a difference. Counsel for the Attorney General has advised that a supervisor in her office recently died, and as a result, she advises that the State supports the Parties' request for an extension of time for the filing of final dispositional papers to March 28, 2024. That should provide sufficient time for the Parties' language to be approved all the way up the line of reporting and approval.

Undersigned Relator's counsel has every interest in finalizing the settlement and receiving funds and has no concern that any Party has been intentionally dilatory.

//

//

//

|     |     |
| --- | --- |
|     | Respectfully submitted, |
| Dated: February 25, 2024 | THE BRINEGAR LAW FIRM |
|     | By:/s/ Matthew A. Brinegar<br>MATTHEW BRINEGAR<br>Attorneys for Relator/Plaintiff<br>Gail Joseph, M.D. |
| Dated: February 25, 2024 | STOEL RIVES LLP |
|     | By:/s/ Matthew D. Segal<br>MATTHEW D. SEGAL<br>WHITNEY A. BROWN<br>Attorneys for Defendants<br>P. Gill Obstetrics & Gynecology Medical Group, Inc.; Parampal K. Gill, M.D.; Jasbir S. Gill, M.D. |

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February 2024, I caused to be electronically filed and served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew Segal, Esq.
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
matthew.segal@stoel.com

Dated: February 25, 2024				THE BRINEGAR LAW FIRM

						By: /s/ Matthew Brinegar
						    MATTHEW BRINEGAR
						    Attorneys for Relator/Plaintiff
						    Gail Joseph, M.D.