1  Matthew A. Brinegar, Esq. (SBN 277517)
   THE BRINEGAR LAW FIRM
2  2000 Van Ness Avenue, Suite 512
3  San Francisco, CA 94109
   Telephone: (415) 735-6856
4  Facsimile: (415) 529-4276
   E-mail:  mbrinegar@brinegarlaw.com
5
6  Attorney for Relator/Plaintiff

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA ex rel. GAIL JOSEPH, M.D., | Case No. 2:21−CV−00554−DAD−AC |
| Plaintiff, | **JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; ORDER** |
| v. | |
| P. GILL OBSTETRICS & GYNECOLOGY MEDICAL GROUP, INC., a California professional corporation; PARAMPAL K. GILL, M.D., an individual; JASBIR S. GILL, M.D., an individual, | |
| Defendants. | |

Plaintiff and Relator GAIL JOSEPH, M.D, and Defendants P. GILL OBSTETRICS & GYNECOLOGY MEDICAL GROUP, INC., PARAMPAL K. GILL, M.D., and JASBIR S. GILL, M.D., (hereafter the Parties), by and through their counsel of record, hereby notify the Court that the Parties as well as the UNITED STATES OF AMERICA and the STATE OF CALIFORNIA have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until Defendant can fully perform its duties as required under the settlement agreement. It is estimated that Defendant will fully perform its duties on or around June 26, 2024. Upon Defendant's completion of its duties (as mandated under the settlement agreement) and within two weeks after said completion, Defendant will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for all Parties as well as the UNITED STATES OF AMERICA and the STATE OF CALIFORNIA

Respectfully submitted,

Dated: March 28, 2024                STOEL RIVES LLP

                                     By: /s/ Matthew D. Segal
                                         MATTHEW D. SEGAL
                                         WHITNEY A. BROWN
                                         Attorneys for Defendants
                                         P. Gill Obstetrics & Gynecology Medical
                                         Group, Inc.; Parampal K. Gill, M.D.;
                                         Jasbir S. Gill, M.D.

Dated: March 28, 2024                THE BRINEGAR LAW FIRM

                                     By: /s/ Matthew A. Brinegar
                                         MATTHEW BRINEGAR
                                         Attorneys for Relator/Plaintiff
                                         Gail Joseph, M.D.

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated, and the Court will retain jurisdiction over this matter for one hundred- and twenty-days' time to allow for Defendant to fulfill its duties under the settlement agreement.

**IT IS SO ORDERED**.

DATED: _____, _____ 2024

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March 2024, I caused to be electronically filed and served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew Segal, Esq.
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
matthew.segal@stoel.com

Dated:  March 28, 2024                    THE BRINEGAR LAW FIRM

                                          By: /s/ Matthew Brinegar
                                             MATTHEW BRINEGAR
                                             Attorneys for Relator/Plaintiff
                                             Gail Joseph, M.D.